United States Bankruptcy Court

**EASTERN** District of VIRGINIA

In RE:

**TOWANDA LYNETTE TOMPKINS** )

)

**DEBTOR** )

ADDRESS: 5024 CEDAR ACRES CT )

RICHMOND, VA 23223 )

)

DEBTOR CASE NO. **26-30943-KLP**

CHAPTER: _____7_____

Last four of Social Security: **9228** )

Employer's Tax Identification (EIN) No(s).: **82-5037209** )

## MOTION TO VOLUNTARILY DISMISS CASE & ALTERNATIVE TO CONVERT TO CHAPTER 11, AND REQUEST FOR RELIEF REGARDING TRUSTEE ADMINISTRATION

COMES NOW the Debtor, **TOWANDA LYNETTE TOMPKINS** proceeding *pro se* and respectfully moves this Honorable Court for relief, and in support thereof states:

### Background

On or about **March 10, 2026,** the Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code due to financial hardship primarily arising from business-related obligations.

The debtor was not aware of the financial cap imposed on the Chapter 7 filing, and filed for a conversion to Chapter 13.

The Debtor received correspondence (via email) on **April 28, 2026,** asserting the trustee's opinions and lack of review and her denial to proceed under a Chapter 13.

### Grounds for Right to Convert or Dismissal

Debtor asserts based on the understanding/interpretation she reserves the right to convert under 11 U.S.C. § 706(a) and has the ability to fund a plan despite current Schedule I and J figures.

The Debtor asserts that she has not been afforded a meaningful opportunity to fully explain or document these matters prior to adverse conclusions being suggested.

The Debtor's financial condition, including business financial records central to the filing, has not been fully evaluated in the administration of this case.

As a result, the Debtor believes that conclusions have been drawn without complete consideration of all relevant financial information, impairing the fair administration of the estate.

Debtor moves to convert this case pursuant to 11 U.S.C. § 706(a), or alternatively dismiss, and states:

1. **Debtor filed Chapter 7 due to business-related financial hardship.**

2. **Full financial records have not been fully evaluated.**

3. **Debtor faces loss of essential assets and hardship.**

4. **Debtor has not had full opportunity to explain property matters.**

5. **Conversion is sought in good faith to reorganize.**

### Request for Relief Regarding Trustee Administration

The Debtor respectfully raises concerns regarding the administration of this case, including:
- **Determinations made without full review of financial records;**
- **Actions that may affect third-party property interests;**
- **The need for a more complete and neutral evaluation of the Debtor's financial circumstances.**

In light of the above, the Debtor respectfully requests that the Court:
- **Review the administration of this case for fairness and completeness; and**
- **Consider reassignment to ensure impartial evaluation.**

### Intent to Reorganize Under Chapter 11

The Debtor seeks dismissal (of Chapter 7) of this case and alternatively convert to Chapter 11, in order to:

- **Propose structured repayment arrangements;**
- **Preserve necessary assets;**
- **Provide a complete and transparent accounting of both personal and business finances.**

The Debtor submits that Chapter 11 reorganization (Mini Chapter 11 Plan ) would provide a more equitable outcome for both the Debtor and creditors.

**MINI CHAPTER 11 PLAN OUTLINE**

- Income: Debtor anticipates stabilized income from employment (Tompkins's Transportation)/business income (Tompkins's Transportation).
- Expenses: Debtor will reduce non-essential expenses.
- Secured Debts: Maintain payments on home and vehicle.
- Unsecured Debts: Paid through structured repayment plan over time.
- Plan Term: 36–60 months.
- Feasibility: Payments will be made from disposable income.

**Good Faith**

This Motion is filed in good faith and not for purposes of delay, but to ensure proper administration consistent with the Bankruptcy Code and fundamental fairness.

## WHEREFORE, the Debtor respectfully requests that this Honorable Court:

A. Dismiss the current bankruptcy case: allowing conversion to a Chapter 11 case;
B. Review the administration of this case and grant appropriate relief regarding trustee oversight, including reassignment if warranted;
C. Grant such other and further relief as this Court deems just and proper.

**Respectfully submitted,**

*Towanda Lynette Tompkins*
**TOWANDA LYNETTE TOMPKINS, PRO SE**
**DATE: APRIL 28, 2026**
**ADDRESS:**   5024 CEDAR ACRES CT.
              RICHMOND, VA 23223

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion is served upon the Trustee in on this **29** day of **April, 2026**, by **U.S. Mail.**

*Towanda Lynette Tompkins*
TOWANDA LYNETTE TOMPKINS.

.

United States Bankruptcy Court
**EASTERN** District of VIRGINIA

In RE:
**TOWANDA LYNETTE TOMPKINS**                                )
                                                            )
                              **DEBTOR**                     )
ADDRESS:              5024 CEDAR ACRES CT                    )
                      RICHMOND, VA 23223                     )
                                                            )
                                    DEBTOR CASE NO. **26-30943-KLP**
                                    CHAPTER: _____**7**_____

Last four of Social Security: **9228**                      )
Employer's Tax Identification (EIN) No(s).: **82-5037209**   )

# ORDER ON DEBTOR'S MOTION TO CONVERT TO CHAPTER 11 OR DISMISSAL, AND FOR RELATED RELIEF

This matter came before the Court upon the Debtor's Motion to Convert to Chapter 11 or, in the Alternative, to Dismiss, and for Related Relief (the "Motion").

Upon consideration of the Motion, any responses thereto, the record in this case, and for good cause shown, it is hereby:

## ORDERED:

1.  On the first Motion to Convert:

☐ **GRANTED**
☐ **DENIED**

☐ **ORDERED** that this case is hereby **CONVERTED AND/OR DENIED to a case under Chapter 11** of the Bankruptcy Code pursuant to 11 U.S.C. § 706(a);

☐ **ORDERED** that this Chapter 7 case is hereby **DISMISSED**;

2.  On the second Motion:

☐ **ORDERED** that the Court has considered the Debtor's request regarding trustee administration and grants such relief as the Court deems appropriate;

☐ **ORDERED** that all other requested relief not expressly granted herein is **GRANTED AND/OR DENIED**;

**Entered this ___ day of _____, 2026.**

_____

HONORABLE JUDGE PRESIDING