**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re

Towanda L. Tompkins,

      Debtor.

Case No. 26-30943-KLP
Chapter 7

**ORDER DENYING DEBTOR'S MOTION TO**
**CONVERT CASE TO CHAPTER 13**

On May 20, 2026, the Court held a hearing on the Debtor's Motion to Convert Case to Chapter 13. Docket No. 40. Both the Chapter 7 Trustee and the U.S. Trustee timely filed replies objecting to the Debtor's Motion. Docket Nos. 29, 35.

For the reasons stated from the bench, is hereby ORDERED as follows:

1.      The Debtor's Motion to Convert Case to Chapter 13 is DENIED.

2.      Upon entry of this Order, pursuant to Bankruptcy Rules 4006 and 2002(f), the Clerk is directed to send a copy of this Order to the Debtor, all creditors, and indentured trustees in this case.

Date: __May 21 2026__

/s/ Keith L Phillips
_____
Keith L. Phillips
Bankruptcy Judge

Entered on Docket: __May 22 2026__

We ask for this:

Matthew W. Cheney
Acting United States Trustee, Region Four

*/s/ Katharine I. Toledo*
Katharine Toledo, D.C. Bar No. 90027591
Trial Attorney
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
(202) 603-5203 (Office Cell)
Email: katharine.i.toledo@usdoj.gov

## **CERTIFICATION**

I hereby certify that this Order has either been served on or signed by all necessary parties.

*/s/ Katharine I. Toledo*
Katharine I. Toledo

## SERVICE LIST

Towanda Lynette Tompkins
5024 Cedar Acres Ct
Richmond, VA 23223

Jennifer J. West
Spotts Fain PC
411 E. Franklin Street, Suite 600
Richmond, VA 23219

Timothy Oshea
Orlans Law Group
1602 Village Market Boulevard SE
Leesburg, VA 20175

Westlake Financial Services
4751 Wilshire Blvd. Suite 100
Los Angeles, CA 90010

Katharine I. Toledo, Esquire
Office of the United States Trustee
701 E. Broad Street, Ste. 4304
Richmond, VA 23219